# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joy Lynn Reybein**                              **Docket No. 4:21-CR-44-1FL**

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Joy Lynn Reybein, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 31st day of August, 2021.

On September 24, 2021, a Violation Report was submitted after the defendant tested positive for Amphetamine/Methamphetamine use at East Coast Counseling on September 23, 2021, while reporting for her substance abuse treatment assessment. The defendant acknowledged the validity of the test, received a verbal reprimand for her drug use, and was enrolled in intensive outpatient substance abuse treatment at East Coast Counseling. A bond review hearing was held on September 28, 2021, and the court agreed to continue pretrial supervision.

On November 4, 2021, a Petition For Action was submitted after the defendant tested positive for Methamphetamine use on October 25, 2021. The defendant acknowledged the validity of the test and received a verbal reprimand for her drug use. In response to this drug use, the court agreed to continue supervision, and the conditions of release were amended to include the requirement that Reybein adhere to a daily curfew with location monitoring from 6:00 p.m. until 6:00 a.m.

On February 16, 2022, a Violation Report was submitted after the defendant committed the offenses of Reckless Driving-Wanton Disregard, Following Too Closely, and Unsafe Lane Change (22CR701954) in Pitt County, North Carolina. This case remains pending in Pitt County District Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant tested positive for Buprenorphine use on February 22, 2022, and Methamphetamine and Buprenorphine use on February 28, 2022. Both tests were administered at East Coast Counseling during treatment sessions, and the results were confirmed positive by laboratory analysis. When confronted, the defendant denied knowingly ingesting methamphetamine, but acknowledged taking suboxone that she was previously administered at Walter B. Jones Alcohol and Drug Abuse Treatment Center in Greenville, North Carolina, on or about February 20, 2022. It is noted that the defendant had no current prescription for Buprenorphine.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Joy Lynn Reybein
Docket No. 4:21-CR-44-1FL
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: March 16, 2022 |

### ORDER OF THE COURT

Considered and ordered the 16th day of March, 2022, and ordered filed and made part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge