UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-00044-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOY LYNN REYBEIN | |

Before the Court is the defendant's unopposed Motion to Continue the Sentencing Hearing. For good cause shown based on the facts and reasons stated in the defendant's motion, it is hereby **ORDERED** that the Sentencing Hearing in this matter is continued to the court's June 6, 2023 term. *See* FED. R. CRIM. P. 32(b)(2).

**SO ORDERED.**

This 23rd day of February, 2023.

_____
Louise W. Flanagan
**UNITED STATES DISTRICT JUDGE**